IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00045-CV

 

The City of Waco,

                                                                      Appellant

 v.

 

David Wright and Janet Key,

Individually and as Representatives

of the Estate of David Wright, Jr.,

Deceased, and the Estate of 

Christopher Antonio Wright, Deceased,

                                                                      Appellees

 

 

 



From the 74th District Court

McLennan County, Texas

Trial Court # 2003-1168-3

 



MEMORANDUM 
Opinion










 

          In
this interlocutory appeal, we have reviewed the trial court’s denial of a plea
to the jurisdiction filed by the City of Waco against claims brought by David
Wright and Janet Key arising out of the deaths of two children, who drowned in
a drainage culvert and tunnel constructed and maintained by the City.  We affirm the denial of the City’s plea.  City of
Tyler v. Likes, 962 S.W.2d 489 (Tex. 1997); Univ. of Tex. at San
 Antonio v. Trevino, 2002 Tex. App. Lexis 8395 (Tex. App.—San Antonio November 27, 2002, no pet.); City
of Fort Worth v. Gay, 977 S.W.2d 814 (Tex. App.—Fort Worth 1998, no
pet.).

 

PER CURIAM

 

 

Before Chief
Justice Gray,

Justice Vance,
and

Justice Reyna

          (Chief Justice Gray concurring)

Affirmed

Opinion
delivered and filed November 10,
 2004

[CV06]